UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22142-RNS

YHON ANDERSON ARIAS CONTRERAS and others similarly situated under U.S.C. 216(b),

    Plaintiff,

v.

CAMEL CARPENTRY, INC., STEFANIE SUAREZ, ELIZABETH I NEGRETE,

    Defendants.
_____/

## **DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME**

Defendants, CAMEL CARPENTRY, INC. and STEFANIE SUAREZ, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, requests an extension of time within which to serve their response to Plaintiff's Complaint, and in support state as follows:

1. Plaintiff filed his Complaint in this matter on June 7, 2017, see DE 1. Service of process on both the entity Defendant and individual Defendant, Stefanie Suarez, was effectuated on June 27, 2017. Thus, Defendants, CAMEL CARPENTRY, INC. and STEFANIE SUAREZ's responses to Plaintiff's Complaint are due on or before July 18, 2017.

2. The undersigned was retained by Defendants on July 17, 2017 and was advised that Individual Defendant, STEFANIE SUAREZ, is scheduled to undergo a medical procedure on July 18, 2017, which according to Ms. Suarez's physician, will require a 21-day recovery period.

3. Due to the above referenced medical circumstance of Individual Defendant, STEFANIE SUAREZ, who is also the registered Agent and President of the Entity Defendant, CAMEL CARPENTRY, INC., undersigned counsel has not had an opportunity to discuss the

factual background and issues involving this matter with the Defendants in a manner that would allow him to file a response within the time limits stated above and will not have an opportunity to do so within the next three weeks, in accordance with Ms. Suarez's physician's instructions. As such, undersigned counsel requests an extension through and including August 15, 2017, to file Defendants, CAMEL CARPENTRY, INC. and STEFANIE SUAREZ's responses to Plaintiff's Complaint.

4. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action.

5. Plaintiff **does not** oppose the relief requested herein.

WHEREFORE, Defendants, CAMEL CARPENTRY, INC. and STEFANIE SUAREZ, respectfully request entry of an Order extending the time within which they may file their response responses to Plaintiff's Complaint through and including August 15, 2017, and granting such other relief as is just and proper.

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned certifies that on July 17, 2017, conferral with Plaintiff's counsel, Bruno Andre Garofalo, Esq., occurred via telephone and email regarding the relief requested herein, and that undersigned has been permitted to represent that the Plaintiff **does not** oppose the relief requested herein.

Respectfully submitted, this 17th day of July, 2017.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   adi@lubellrosen.com

By: *s/Adi Amit*
Adi Amit, Esquire
Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Yhon Anderson Arias Contreras v. Camel Carpentry, Inc., et al*
S.D. Fla. Case No. 1:17-cv-22142-RNS

Bruno Andre Garofalo, Esq.
Rivkah Fay Jaff, Esq.
K. David Kelly, Esq.
Jamie H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
bruno.garofalo.esq@gmail.com
Rivkah.Jaff@gmail.com
David.kelly38@rocketmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*