UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:17-cv-22142-RNS

YHON ANDERSON ARIAS CONTRERAS
and others similarly situated under U.S.C.
216(b),

    Plaintiff,

v.

CAMEL CARPENTRY, INC., STEFANIE
SUAREZ, ELIZABETH I NEGRETE,

    Defendants.
_____/

### AFFIDAVIT OF STEFANIE SUAREZ

STATE OF FLORIDA    )
                               ) ss:
COUNTY OF BROWARD  )

BEFORE ME, the undersigned authority, personally appeared STEFANIE SUAREZ, affiant, who is personally known to me, or has presented identification, and who, after being first duly sworn upon oath, deposes and states as follows:

1. My name is Stephanie Suarez, I am over the age of eighteen, and this affidavit is based on my personal knowledge of the facts stated herein.

2. I am a Defendant in Southern District of Florida Case 1:17-cv-22142-RNS Contreras v. Camel Carpentry, Inc., et. al.

3. When I entered the settlement agreement I had the full intention of paying on time. However, events that were outside of my control caused me to miss payments that I can make in full as of April 11, 2018.

4. In February I contacted my workers' compensation insurance provider to attempt to renew my policy. I received no response as to my request for renewal. As a result, I had to stop

    taking projects and suffered a cash flow crisis as I attempted to secure renewal but could not take on projects without knowing I would be renewed.

5. On March 6, 2018, my workers' compensation insurance expired without the company being willing to renew the policy. I sent instructions to all of the sites my company performs construction on to stop work immediately, however, at one site they did not pay attention to the instructions and allowed two of my workers to continue to work.

6. With my workers disobeying my demand not to work, the Bureau of Compliance of Florida's Division of Workers Compensation issued stop work orders for all of my projects. Stop work orders mean that not only did I need to secure new insurance, but I needed to go through an administrative process to be able to have my projects start again.

7. Florida Workers' Compensation received my information and began to process the paperwork to allow me to start work again on March 16, 2018. I then awaited the completion of the processing of paperwork. The business just started to be able to operate, fully, again in the beginning of April.

8. While the business was shut down we were without capital to pay the settlement installment payments and have had to catch up on several payments that were outstanding, which we have been unable to make since the State of Florida shut down our business.

9. As soon as our business was generating the capital to cover the missed settlement payments, I made the installment payments that were due, and can make the remaining one earlier than the due date of April 23, 2018 and have the capital to pay it currently upon the Court's Order.

Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
STEFANIE SUAREZ

SWORN TO AND SUBSCRIBED before me on this 10 day of April, 2018, by Stefanie Suarez, who is (✓) personally known to me, or ( ) has presented the following as identification:

_____

Notary Public, State of Florida
Printed Name: Naisy Montenegro
My Commissions Expires: March 15, 2020

NAISY MONTENEGRO
MY COMMISSION # FF948244
EXPIRES March 15, 2020
FloridaNotaryService.com

(SEAL)